THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BROWN, Appellant.— Motion by appellant to be furnished with a copy of the

trial minutes denied, without prejudice to a motion to dispense with the printing of the record and the assignment of counsel after the defendant has been sentenced and judgment of conviction entered, provided that a timely appeal be taken from such judgment. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.